**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHIRLEY AGULLANA,<br>    Plaintiff,<br><br>  vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br>    Defendant. | Case No.: 2:23-cv-01674-DMC<br><br>ORDER FOR AWARD OF EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), ECF No. 119, which is signed by all parties, **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of **FOUR THOUSAND FOUR HUNDRED AND TWENTY-SEVEN DOLLARS** ($4,427.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

Dated:  May 15, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE